**Leothis WEST, Appellant**

v.

**Anna Escabedes CABRAL, Appellee.**

No. 09–5411.

United States Court of Appeals, District of Columbia Circuit.

March 30, 2010.

Leothis West, Washington, DC, pro se.

BEFORE: SENTELLE, Chief Judge, and HENDERSON and GARLAND, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order issued November 19, 2009, be affirmed. The district court prop-

erly dismissed the complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), because its bare assertion of "Fraud and False Statement" against the former United States Treasurer "lacks an arguable basis either in law or in fact." *See Neitzke v. Williams,* 490 U.S. 319, 325, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.